IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
SEP 13 2017
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| RONALD O. LATRAY., <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER NEGEL, and SHERIFF MIKE LINDER, <br><br> Defendants. | CV 15-136-BLG-SPW <br><br> ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on August 21, 2017. (Doc. 55). Judge Cavan recommends that this Court grant the Defendants' motion for summary judgment (Doc. 30).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 55) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that the Defendants' motion for summary judgment (Doc. 30) is GRANTED and this matter is DISMISSED.

IT IS FURTHER ORDERED that the Clerk of Court is directed to close this matter and enter judgment in favor of the Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the Clerk of Court is directed to reflect in the docket that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

DATED this 13th day of September, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge